INTERNATIONAL PAINT COMPANY, INC., et al., Plaintiffs-Appellees,

v.

M/V MISSION VIKING, In Rem, and A. Martin Industries, a Louisiana Corp., Defendants.

MANUFACTURERS HANOVER LEASING CORP., Intervenor-Appellant, Cross-Appellee,

v.

ALEXANDER INDUSTRIES, INC., et al., Intervenors-Appellees,

Food & Services, Inc., Intervenor-Appellee, Cross-Appellant.

No. 79–1965.

United States Court of Appeals, Fifth Circuit.
Unit B

April 10, 1981.

Abram L. Philips, Jr., Patricia K. Olney, Mobile, Ala., for defendants.

Jack Alltmont, New Orleans, La., for Food & Serv.

G. Hamp Uzzelle, III, Mobile, Ala., for Alexander, Mobile Sh. & Drew Chem.

J. George Whitfield, Jr., Mobile, Ala., for Int'l & Marine Supply.

Donald J. Stewart, Mobile, Ala., for Gulf Welding.

William S. Shulman, Mobile, Ala., for ITT MacKay Marine.

Frank G. Taylor, Mobile, Ala., for Comm. Industrial.

G. Sage Lyons, John Patrick Courtney, III, Mobile, Ala., for Ala. State Docks Dept.

Robert J. Oberfell, New Orleans, La., for Hydril Co. & Sub Sea Systems.

Before GODBOLD, Chief Judge, and TJOFLAT and VANCE, Circuit Judges.

PER CURIAM:

Appellee Foods & Services, Inc. has moved to clarify our judgment, 637 F.2d 382, concerning pre-judgment interest.

The matter of pre-judgment interest is REMANDED to the district court.